IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GARY LEVESTER FLOWERS,

    Plaintiff,

v.                                      CASE NO. 1:06-cv-00066-MP-AK

WARDEN HICKS,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 4, Report and Recommendation of the Magistrate Judge, recommending that his case be transferred to the United States District Court for the Middle District of Florida. The time for filing objections has passed and none have been filed. The Court agrees that because the events giving rise to this case occurred at the Union Correctional Institution, which is in the Middle District, that District is where the case should proceed. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The clerk is directed to transfer this case to the United States District Court for the Middle District of Florida.

**DONE AND ORDERED** this  _24th_   day of October, 2006

                                *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge